Daniel L. Rasmussen, Bar No. 120276
dlr@paynefears.com
Scott O. Luskin, Bar No. 238082
sol@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
801 S. Figueroa Street, Suite 1150
Los Angeles, California 90017
Telephone:  (213) 439-9911
Facsimile:   (213) 439-9922

THOMAS F.A. HETHERINGTON
(Texas Bar No. 24007359)*
tom.hetherington@emhllp.com
JARRETT E. GANER
(Texas Bar No. 24055570)*
jarrett.ganer@emhllp.com
SHANNON A. LANG (SBN 257470)
shannon.lang@emhllp.com
ERIN E. BENNETT
(Texas Bar No. 24082681)*
erin.bennett@emhllp.com
EDISON, McDOWELL & HETHERINGTON LLP
3200 Southwest Freeway, Suite 2100
Houston, Texas 77027
Telephone:  (713) 337-5580
Facsimile:   (713) 337-8850
* admitted *pro hac vice*

Attorneys for Defendant
PHL VARIABLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a National Association, as Securities Intermediary for LIMA ACQUISITION, LP,<br><br>            Plaintiff,<br><br>      v.<br><br>PHL VARIABLE INSURANCE COMPANY,<br><br>            Defendant. | Case No. CV12-03046 - RGK (MRWx)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT PHL VARIABLE INSURANCE COMPANY TO EXCLUDE EVIDENCE OF CONTRADICTORY TESTIMONY**<br>**[MOTION *IN LIMINE* NO. 5]**<br><br>Judge:  Hon. R. Gary Klausner<br><br>Date:         April 2, 2013<br>Time:         9:00 a.m.<br>Courtroom:  850 |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 2, 2013, at 9:00 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable R, Gary Klausner, located in the United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Defendant PHL Variable Insurance Company ("PHL") will and hereby does move for an Order excluding evidence of contradictory testimony pursuant to FRE 403.

This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities, the Statement of Uncontroverted Facts and Conclusions of Law, the affidavits, declarations, and exhibits filed concurrently herewith and/or under seal with the Court, all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

This Motion is made following a conference of counsel of January 8, 2013, and commencement of the parties' Rule 16.2 conference on February 6, 2013.

WHEREFORE, PHL respectfully requests that the Court exclude the opinions and testimony identified more specifically in the Memorandum filed contemporaneously herewith and grant such other and further relief to which PHL may be justly entitled.

-1-
Notice of Motion and Motion of Defendant to Exclude Evidence [MIL No. 5]

| | | |
|---|---|---|
| DATED:  February 15, 2013 | | EDISON, MCDOWELL & HETHERINGTON LLP |

/s/ *Shannon A. Lang*
Thomas F.A. Hetherington
Jarrett E. Ganer
Shannon A. Lang
Erin E. Bennett

PAYNE & FEARS LLP
Daniel L. Rasmussen
Scott O. Luskin

*Attorneys for Defendant PHL Variable Insurance Company*