KHAI LEQUANG (SBN 202922)
klequang@orrick.com
MELANIE D. PHILLIPS (SBN 245584)
mphillips@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California  90017
Telephone:  213-629-2020
Facsimile:   213-612-2499

STEPHEN G. FORESTA (admitted *pro hac vice*)
sforesta@orrick.com
PHILIPP SMAYLOVSKY (admitted *pro hac vice*)
psmaylovsky@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 WEST 52ND ST
NEW YORK, NY 10019
Telephone:  212-506-5000
Facsimile:   212-506-5151

BETH A. WILKINSON (admitted *pro hac vice*)
bwilkinson@paulweiss.com
BRIAN L. STEKLOFF (admitted *pro hac vice*)
bstekloff@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K STREET, NW, SUITE 500
Telephone: 202-223-7300
Facsimile: 202-223-7420

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION, AS SECURITIES INTERMEDIARY FOR LIMA ACQUISITION LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national association, as securities intermediary for LIMA ACQUISITION LP,<br><br>Plaintiff,<br><br>v.<br><br>PHL VARIABLE INSURANCE COMPANY, a Connecticut corporation,<br><br>Defendant. | Case No. CV-12-03046-RGK(MRWx)<br><br>**DECLARATION OF KHAI LEQUANG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SUPPLEMENTAL DISCLOSURES**<br><br>Hearing Date:   March 18, 2013<br>Trial Date:        April 2, 2013<br><br>Date Action Filed:   April 6, 2012 |

# DECLARATION OF KHAI LEQUANG

I, Khai LeQuang, declare and state as follows:

1. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), attorneys of record for plaintiff U.S. Bank National Association, as securities intermediary for Lima Acquisition LP ("Plaintiff"). I submit this declaration in support of Plaintiff's Opposition To Defendant's Motion To Strike Plaintiff's Supplemental Disclosures. I am familiar with the events, pleadings, and discovery in this action. Except as otherwise stated herein, I could and would testify competently to the matters stated herein of my own personal knowledge.

2. On February 25, 2013, my office produced invoices to PHL, redacted for privilege and confidentiality, supporting Plaintiff's attorneys' fees damages. A true and correct copy of the email attaching the invoices is attached hereto as **Exhibit 1**.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the January 15, 2013 deposition of Ola Eriksson.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 20, 2013, at Los Angeles, California.

*/s/ Khai LeQuang*
Khai LeQuang

- 1 -

LeQuang Decl. ISO Plaintiff's Opp.
to Defendant's Motion To Strike
CV12-03046-RGK (MRWx)

# Exhibit 1

| | |
|---|---|
| **From:** | Phillips, Melanie D. |
| **Sent:** | Monday, February 25, 2013 8:20 PM |
| **To:** | Shannon Lang |
| **Cc:** | LeQuang, Khai; Fuad, David; Yoda, Steven K.; Tom Hetherington; David McDowell; Erin Bennett; Jarrett Ganer; Justin Kornegay |
| **Subject:** | RE: U.S. Bank v. PHL Variable Ins. Co., No. 12-3046 -- Pretrial Materials |
| **Attachments:** | Ex 1967.pdf; Ex 1968.pdf |

Shannon,



Plaintiff is producing the attached invoices in response to PHL's letter request on January 22, 2013.  Plaintiff's production should not be construed as a waiver of the privilege attaching to the work reflected in the invoices.  Plaintiff explicitly reserves all rights related to these invoices.

Best,
Melanie


**MELANIE D. PHILLIPS**
Orrick Herrington & Sutcliffe LLP
*tel* 213-612-2471; *fax* 213-612-2499



1

EXHIBIT 1 - PAGE 2

# Exhibit 2

CONFIDENTIAL TRANSCRIPT
OLA ERIKSSON                                                1/15/2013

                                                                    1

```
 1
 2              UNITED STATES DISTRICT COURT
 3      CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
 4
 5   --------------------------------
 6   U.S. BANK NATIONAL ASSOCIATION, : Case No.:
 7   a national association, as      : CV12-03046-RGK(MRWx)
 8   securities intermediary for     :
 9   LIMA ACQUISITION, LP,           :   **CONFIDENTIAL**
10                      Plaintiff,  :    Videotaped
                                          deposition of:
11        v.                        :
                                         OLA ERIKSSON
12   PHL VARIABLE INSURANCE COMPANY, :
                      Defendant.    :
13   --------------------------------
14
15
16            TRANSCRIPT of testimony as taken by
17   and before MONIQUE VOUTHOURIS, a Certified Court
18   Reporter, RPR, CRR and Notary Public of the States
19   of New Jersey and New York, at the offices of
20   ORRICK, HERRINGTON & SUTCLIFFE, LLP, 51 West 52nd
21   Street, New York, New York, on Tuesday, January 15,
22   2013, commencing at 10:22 a.m.
23
24
25
```

CONFIDENTIAL TRANSCRIPT
OLA ERIKSSON                                                      1/15/2013

2

```
 1
 2   A P P E A R A N C E S:
 3   COUNSEL FOR THE PLAINTIFF:
 4          ORRICK, HERRINGTON & SUTCLIFFE, LLP
                777 South Figueroa Street
 5              Suite 3200
                Los Angeles, CA  90017-5855
 6              213.629.2020
            BY: KHAI LEQUANG, ESQ.
 7              klequang@orrick.com
 8                   - and -
 9              JAMIE L. SHOOKMAN, ESQ.
                jshookman@orrick.com
10
11
     COUNSEL FOR THE DEFENDANT:
12
            EDISON, McDOWELL & HETHERINGTON, LLP
13              Phoenix Tower
                3200 Southwest Freeway, Suite 2100
14              Houston, Texas  77027
                713.337.5580
15          BY: JARRETT E. GANER, ESQ.
                jarrett.ganer@emhllp.com
16
17
     ALSO PRESENT:
18
            ROBERT UNDERHILL,
19          Fortress Senior Vice President
20          JOSEPH TEDONE,
            Phoenix Counsel
21
            RICHARD RAMOS, Videographer
22
23
24
25
```

CONFIDENTIAL TRANSCRIPT
OLA ERIKSSON                                                       1/15/2013

8

```
 1                    CONFIDENTIAL - O. ERIKSSON
 2   Herrington & Sutcliffe here for the plaintiff, U.S.
 3   Bank National Association as securities intermediary.
 4   With me is Robert Underhill and Jamie Shookman.
 5                 THE VIDEOGRAPHER:  Will the court
 6   reporter please swear in the witness.
 7
 8   O L A    E R I K S S O N,
 9           54 Leopold Road, London, SW19 7JD,
10           having been duly sworn by the Notary Public,
11           testifies as follows:
12   EXAMINATION BY MR. GANER:
13       Q.         Good morning, Mr. Eriksson.
14       A.         Good morning.
15       Q.         Have you ever taken -- had your
16   deposition taken before?
17       A.         This is the first time.
18       Q.         I'm sure your attorneys have gone over
19   it with you, but I'm going to go over some of the
20   ground rules that will help the deposition go along.
21                 The court reporter is going to be
22   taking down everything that is said today, so it's
23   very important, so that we get a clear record of your
24   deposition testimony, that we don't talk over each
25   other.  So I would ask that you do your best to allow
```

CONFIDENTIAL TRANSCRIPT
OLA ERIKSSON                                              1/15/2013

217

```
 1              CONFIDENTIAL - O. ERIKSSON
 2   insured's death to the date of the checks?
 3         A.      Yes, the death benefits plus, plus
 4   interest.
 5         Q.      And that money has been received by
 6   Lima.  Is that correct?
 7         A.      Yes.
 8         Q.      And the money was accepted by -- the
 9   checks were accepted by -- by U.S. Bank on behalf of
10   Lima?
11         A.      Yes.
12                 (Exhibit 45, Document
13   USBANK3046-005893, marked for identification.)
14         Q.      This is a document, Exhibit 45 is a
15   document labeled U.S. Bank 3046-005893.  Can you tell
16   me what this document is?
17         A.      I don't know, but these figures look
18   like the fees -- legal fees we have incurred in
19   connection with the ███████ claim.
20         Q.      Is this a document you prepared?
21         A.      No.
22         Q.      Do you know who prepared this document?
23         A.      I do not.
24                 (Exhibit 46, Lima Life Settlements
25   Portfolio Interest Statement, USBANK3046-005868 to
```

U.S. LEGAL SUPPORT
713.653.7100

EXHIBIT 2 - PAGE 5

CONFIDENTIAL TRANSCRIPT
OLA ERIKSSON                                               1/15/2013

218

```
 1              CONFIDENTIAL - O. ERIKSSON
 2   005883, marked for identification.)
 3              MR. LEQUANG:  Can we take a quick
 4   break?
 5              MR. GANER:  Yeah, sure.
 6              THE VIDEOGRAPHER:  The time is 7:16 and
 7   we're off the record.
 8              (Recess.)
 9              THE VIDEOGRAPHER:  The time is 7:19 and
10   we're back on the record.
11              MR. LEQUANG:  So Mr. Eriksson is going
12   to clarify or address Exhibit 45.
13   BY MR. GANER:
14       A.     So we just confirmed that this is a
15   document prepared by Orrick and it is the legal fees
16   that I thought it was.
17       Q.     Okay.  Exhibit 46 that I've just handed
18   you is USBANK3046-005868 through 5893.
19              MR. LEQUANG:  I would note for the
20   record 5893 doesn't look like it's the same document.
21   Do you want to pull it?
22              MR. GANER:  Sorry.  Yeah, go ahead and
23   pull it off.  So this is, I'm sorry, it's USBANK 5868
24   through 5884.
25              Khai, can you pull that off.
```

CONFIDENTIAL TRANSCRIPT
OLA ERIKSSON                                              1/15/2013

238

```
 1
 2                          CERTIFICATE
 3
 4            I, MONIQUE VOUTHOURIS, a Notary Public
 5   of the State of New York, and Certified Court Reporter
 6   of the State of New Jersey, License No. X100834, do
 7   hereby certify that prior to the commencement of the
 8   examination OLA ERIKSSON was duly sworn by me to
 9   testify the truth, the whole truth, and nothing but
10   the truth.
11            I DO FURTHER CERTIFY that the foregoing
12   is a true and accurate transcript of the testimony as
13   taken stenographically by and before me at the time,
14   place, and on the date hereinbefore set forth.
15            I DO FURTHER CERTIFY that I am neither
16   a relative nor employee nor attorney nor counsel of
17   any of the parties to this action, and that I am
18   neither a relative nor employee of such attorney or
19   counsel, and that I am not financially interested in
20   the action.
21
22
23         _____
           Notary Public of the State of New Jersey
24         My Commission expires December 1, 2015
25   Dated:  January 17, 2013.
```